DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| | | | |
|---|---|---|---|
| 134A11-2 | State v. Eugene Tate Hill | 1. Def's *Pro Se* Motion for PDR (COAP12-1031) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed in *Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| | | | **Beasley, J., Recused** |
| 134P13 | State v. Maurice L. Bigelow | Def's *Pro Se* Motion for Petition for *Writ of Habeas Corpus* (COAP12-998) | Denied **03/15/13** |
| 140P13 | In the Matter of: B.C.V., A Minor Child | Respondent-Father's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-914) | Denied |
| 156A13 | Paul E. Walters v. Roy A. Cooper, III, in his official capacity as Attorney General for the State of N.C. | 1. Def's NOA (Dissent) | 1. - - - |
| | | 2. Def's Motion for Temporary Stay | 2. Allowed **04/03/13** |
| | | 3. Def's Petition for *Writ of Supersedeas* | 3. Allowed **04/03/13** |
| 161P13 | James Yingling, Employee v. Bank of America, Employer, Self-Insured (Gallagher Basset Services, Inc., Servicing Agent) | 1. Def's Motion for Temporary Stay | Allowed **04/10/13** |
| | | 2. Defendant's Petition for *Writ of Supersedeas* | |
| 171P11-2 | State v. Sidney Evans, III | Def's *Pro Se* PWC to Review Order of COA (COAP13-149) | Denied |